HOME INDEMNITY CO. v. HOECHST CELANESE CORP.

No. 44P98

Case below: 128 N.C.App. 226

Petition by defendant (Certain Underwriters at Lloyd's) for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

HOUPE v. CITY OF STATESVILLE

No. 68P98

Case below: 128 N.C.App. 334

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

HOWARD v. SQUARE-D CO.

No. 46PA98

Case below: 128 N.C.App. 303

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 April 1998.

IN RE ALLRED

No. 73PA98

Case below: 128 N.C.App. 604

Petition by petitioner (Randolph County) for discretionary review pursuant to G.S. 7A-31 allowed 2 April 1998.

IN RE CONLEY

No. 7P98

Case below: 128 N.C.App. 185

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.